| | |
|---|---|
| RAMON ROSALI JIMENEZ PLUMEY<br>MARIA MAGDALENA TALAVERA MORA | CASE 10-01257 SEK |
| Debtors | CHAPTER 7 |

=================================================

## DEBTORS AMENDMENT OF STATEMENT OF FINANCIAL AFFAIRS

**TO THE HONORABLE COURT:**

Debtors in the above-captioned case, hereby amend the Statement of Financial Affairs for the FIRST time in this case. **The purpose for the amendment is to include the income in the last three years, correct the attorney's fees and delete motor vehicles from item num. 14.**

### CERTIFICATE OF SERVICE

*I hereby certify* that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov, Chapter 7 Trustee, Noreen Wiscovitch Rentas, at courts@nwr-law.com and by depositing true and correct copies thereof in the United States Mail., to the non CM/ECF participants and parties in interest that have filed notices of appearance pursuant to G.O. 05-09, included in the service list attached to the original hereof.

In Arecibo, Puerto Rico, this 10th day of May, 2011.

/s/ Félix M Zeno Gloró
**FELIX M ZENO GLORO
USDC 124212
BOX 1945 ARECIBO PR 00613
TEL 879-1760; FAX 880-2756**
tribunal@zenogloro.com

cdm

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:     Case No. **10-01257 SEK**

**JIMENEZ PLUMEY, RAMON ROSALI & TALAVERA MORA, MARIA MAGDALENA**     Chapter **7**
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT   SOURCE
    **31,890.00   INCOME 2009**

### 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT   SOURCE
    **6,608.00   SOCIAL SECURITY BENEFITS 2011**

    **19,824.00   SOCIAL SECURITY BENEFITS 2010**

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| BPPR VS RAYMOND READY MIX; RAMON JIMENEZ PLUMEY, MARIA MAGDALENA TALAVERA MORA Y LA SOCIEDAD LEGAL DE BIENES GANANCIALES ENTRE RAMON JIMENEZ PLUMEY Y MARIA MAGDALENA TALAVERA MORA DCD2009-4119 (501) | COLLECTION OF MONIES AND ORDINARY FORECLOSURE OF MORTGAGE | FIRST INSTNACE COURT BAYAMON PART | PENDING |
| PRODUCTORA DE AGREGADOS INC VS RAYMOND READY MIX INC., RAMON JIMENEZ PLUMEY, SU ESPOSA FULANA DE TAL Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS CFCD2009-0100 | COLLECTION OF MONEY | FIRST INSTANCE COURT HATILLO PART | PENDING |
| BANCO SANTANDER DE PR VS RAYMOND READY MIX; RAMON JIMENEZ PLUMEY, MARIA MAGDALENA TA;AVERA MORA Y LA SOCIEDAD LEGAL DE BIENES GANACIALES COMPUESTA ENTRE AMBOS CFCD2009-0103 | COLLECTION OF MONEY | FIRST INSTANCE COURT HATILLO PART | PENDING |
| BANCO DE DESARROLLO ECONOMICO VS JJ READY MIX CONCRETE, INC. REPRESENTADO POR SU PRESIDENTE JULIO EDGARDO SANCHEZ VAZQUEZ; JULIO SANCHEZ VAZQUEZ; JOENID CASILLAS VAZQUEZ, POR SI Y/O COMO MIEMBROS DE LA SOCIEDAD LEGAL DE GANANCIALES POR AMBOS COMPUESTA; RAMON JIMENEZ PLUMEY, GARANTIZADOR SOLIDARIO CD2009-0234 | COLLECTION OF MONIES AND FORECLOSURE | FIRST INSTANCE COURT VEGA BAJA PART | PENDING |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

☑ None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

☑ None a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☑ None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

☑ None List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

☑ None List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LCDO FELIX M ZENO GLORO<br>PO BOX 1945<br>ARECIBO, PR 00613** | **05/03/2011** | **1,500.00** |

## 10. Other transfers

☑ None a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑ None b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **RG PREMIER BANK<br>PO BOX 362394<br>SAN JUAN, PR 00936-2394** | **CHECKING ACCOUNT/426280046** | |
| **BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589** | **0038207584** | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

BANCO POPULAR            068-411529
PO BOX 362708
SAN JUAN, PR 00936-2708

SCOTIA BANK              392-903
PO BOX 362394
SAN JUAN, PR 00936

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| RAYMOND READY MIX, INC. | 66-0442286 | | PROCESS AND SALE OF CONCRETE, | 09/25/1987 TO |

**None** ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **April 29, 2011**     Signature of Debtor _____
                                                         **RAMON ROSALI JIMENEZ PLUMEY**

Date: **April 29, 2011**     Signature of Joint Debtor _____
                                  (if any)              **MARIA MAGDALENA TALAVERA MORA**

___**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

**10-01257-SEK7** RAMON R JIMENEZ PLUMEY and MARIA M TALAVERA MORA
Case type: bk **Chapter:** 7 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** SARA E. DE JESUS KELLOGG
**Date filed:** 02/23/2010 **Date of last filing:** 05/10/2011

# Creditors

| | |
|---|---|
| **AMERICAN EXPRESS**<br>PO BOX 1270<br>NEWARK NJ 07101-1270 | (2927218)<br>(cr) |
| **American Express Bank FSB**<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (2974772)<br>(cr) |
| **American Express TRS Co Inc Latin American Division**<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (2980009)<br>(cr) |
| **B-Line, LLC**<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | (3153153)<br>(cr) |
| **BANCO BILBAO VIZCAYA - ARGENTARIA**<br>PO BOX 364745<br>SAN JUAN PR 00936 | (3010028)<br>(cr) |
| **BANCO DESARROLLO ECONOMICO PR**<br>PO BOX 2134<br>SAN JUAN PR 00922-2134 | (2927219)<br>(cr) |
| **BANCO POPULAR DE PR**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | (2927220)<br>(cr) |
| **BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS**<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 | (3003623)<br>(cr) |
| **BANCO SANTANDER**<br>PO BOX 362589<br>SAN JUAN PR 00936-2589 | (2927221)<br>(cr) |
| **BANK OF AMERICA**<br>PO BOX 15019<br>WIMMINGTON DE 19850-5137 | (2927222)<br>(cr) |
| **BAXTER CREDIT UNION**<br>340 NORTH MILWAUKEE AVENUE<br>VERNOR HILLS ILLINOIS 60061 | (2927223)<br>(cr) |
| **BBVA**<br>PO BOX 3671397<br>SAN JUAN PR 00936 | (2927224)<br>(cr) |

| | |
|---|---|
| **Centennial de PR**<br>PO Box 70245<br>San Juan PR 00936-8245 | (3141121)<br>(cr) |
| **CHASE**<br>PO BOX 94014<br>PALATINE IL 60094-4014 | (2927225)<br>(cr) |
| **Chase Bank USA, N.A.**<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (2953015)<br>(cr) |
| **CITICARDS**<br>PO BOX 183056<br>COLUMBUS OH 43218-3056 | (2927226)<br>(cr) |
| **CRIM**<br>PO BOX 195387<br>SAN JUAN PR 00936-5387 | (2927227)<br>(cr) |
| **DEPARTAMENTO DE HACIENDA**<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN PR R00902-4140 | (2927228)<br>(cr) |
| **Department of Treasury**<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan Puerto Rico 00918-1454 | (3052234)<br>(cr) |
| **Discover Bank**<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | (2936364)<br>(cr) |
| **DISCOVER CARD**<br>PO BOX 16103<br>CAROL STREAM IL 60197-6103 | (2927229)<br>(cr) |
| **ESSROC San Juan**<br>c/o Mr. Juan Maldonado<br>P.O. Box 366698<br>San Juan, Puerto Rico 00936 | (3009525)<br>(cr) |
| **FIA CARD SERVICES**<br>PO BOX 15019<br>WILMINGTON DE 19886-5019 | (2927230)<br>(cr) |
| **FIA Card Services, NA/Bank of America**<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | (3215413)<br>(cr) |
| **FIRSTBANK**<br>PO BOX 19327<br>SAN JUAN PR 00910-1427 | (2927231)<br>(cr) |
| **FIRSTBANK PUERTO RICO**<br>ENRIQUE NASSAR RIZEK & ASSOCIATES<br>PO BOX 191017<br>SAN JUAN PR 00919-1017 | (2938103)<br>(cr) |

| | |
|---|---|
| **FIRSTBANK PUERTO RICO**<br>CARDONA JIMENEZ LAW OFFICE, PSC<br>PO BOX. 9023593<br>SAN JUAN PR, 00902-3593 | (2942388)<br>(cr) |
| **GE Consumer Finance**<br>For GE Money Bank<br>dba ROOMS TO GO/GEMB<br>PO Box 960061<br>Orlando FL 32896-0661 | (2985641)<br>(cr) |
| **General Electric Capital Corporation of PR, Inc.**<br>208 Ponce de Leon Ave.<br>Popular Center Bldg., Suite 1800<br>San Juan, PR 00918 | (2974476)<br>(cr) |
| **Genesis Financial Services**<br>Vativ Recovery Solutions, LLC<br>As Agent For Genesis Financial Services<br>P.O. Box 19249<br>Sugar Land, TX 77496 | (2988653)<br>(cr) |
| **HSBC Bank Nevada, N.A.**<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | (3001110)<br>(cr) |
| **HSBC RECEIVABLE ACQUISITIONS COMPANY I**<br>HSBC BANK USA NA<br>PO BOX 5213<br>CAROL STREAM IL 60197 | (2936439)<br>(cr) |
| **HSBC RETAIL SERVICES**<br>PO BOX 60107<br>CITY OF INDUSTRY CA 91716-0107 | (2927232)<br>(cr) |
| **INTERNAL REVENUE SERVICE**<br>CITY VIEW PLAZA 2<br>48 CARR 165 SUITE 2000<br>GUAYNABO PR 00968-8000 | (2927233)<br>(cr) |
| **LCDA JANICE M BERNAL MALDONADO**<br>304 PASEO DEL PRINCIPE<br>PONCE PR 00716-2852 | (2927234)<br>(cr) |
| **LCDO JOSE R. GONZALEZ IRIZARRY**<br>MCCONNELL VALDES LLC<br>PO BOX 364225<br>SAN JUAN PR 00936-4225 | (2927235)<br>(cr) |
| **LCDO JULIO M SANTIAGO**<br>PO BOX 2134<br>SAN JUAN PR 00922-2134 | (2927236)<br>(cr) |
| **LCDO SERGIO A RAMIREZ DE ARELLANO**<br>BANCO POPULAR CENTER SUITE 1133<br>AVE MUNOZ RIVERA 209<br>SAN JUAN PR 00918-1009 | (2927237)<br>(cr) |
| **OFFICE OF THE U.S. TRUSTEE**<br>OCHOA BUILDING<br>500 TANCA STREET, SUITE 301 | (3207605)<br>(cr) |

SAN JUAN, PR 00901-1922

**PRODUCTORA DE AGREGADOS INC**
PO BOX 1052
SABANA SECA PR 00952

(2927238)
(cr)

**PUERTO RICO ELECTRIC POWER**
BANKRUPTCY CLAIMS OFFICE
PO BOX 364267
SAN JUAN PR 00936

(2962327)
(cr)

**RAYMOND READY MIX, INC**
PO BOX 336
HATILLO PR 00659-0336

(2927239)
(cr)

**ROOMS TO GO**
11540 HIGHWAY 92 EAST
SEFFNER FL 33584

(2927240)
(cr)

**Roundup Funding, LLC**
MS 550
PO Box 91121
Seattle, WA 98111-9221

(3087875)
(cr)

**SEARS**
PO BOX 6283
SIOUX FALLS SD 57117-6283

(2927241)
(cr)

**Sprit PSC**
PO Box 660075
Dallas TX 75266-0075

(3141114)
(cr)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/10/2011 14:05:17 | | | |
| PACER Login: | fz0002 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 10-01257-SEK7 Creditor Type: All |
| Billable Pages: | 2 | Cost: | 0.16 |