# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **RAMON JIMENEZ PLUMEY**<br>**MARIA M TALAVERA MORALES** | **CASE 10-01257 SEK** |
| **DEBTORS** | **CHAPTER 7** |

*******************************************************

## DEBTORS AMENDMENT
## OF SCHEDULE C

**TO THE HONORABLE COURT:**

    **RAMON JIMENEZ PLUMEY AND MARTA M TALAVERA MORAELS,** Debtors in the above-captioned case, hereby amends the Schedule C for the first time in this case. **The purpose of the amendment is to adjust exemptions.**

## CERTIFICATE OF SERVICE

    **I hereby certify** that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov, Chapter 7 Trustee, Noreen Wiscovitch at courts@nwr-law.com and by depositing true and correct copies thereof in the United States Mail, to the non CM/ECF participants and parties in interest that have filed notices of appearance pursuant to G.O. 05-09, included in the service list attached to the original hereof.

    In Arecibo, Puerto Rico, this 7th day of June, 2011.

**FELIX M ZENO GLORO**
**USDC 124212**
**BOX 1945 ARECIBO PR 00613**
**TEL 879-1760; FAX 880-2756**
tribunal@zenogloro.com

By: /s/ Liavanessa Fontánez Ruíz
LIAVANESSA FONTÁNEZ RUÍZ
USDC 213707

maf

IN RE JIMENEZ PLUMEY, RAMON ROSALI & TALAVERA MORA, MARIA MAGDALENA    Case No. 10-01257 SEK
Debtor(s)                                                                (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| CHECKING ACCOUNT WITH BPPR | 11 USC § 522(d)(5) | 16.03 | 16.03 |
| SHARES WITH COOPACA | 11 USC § 522(d)(5) | 0.45 | 0.45 |
| LIVINGROOM SET, DININGROOM SET, TV, REFRIDGERATOR, STOVE, WAHER, DRYER, BEDROOM, SET, COMPUTER AND A/C | 11 USC § 522(d)(3) | 7,000.00 | 7,000.00 |
| WEARING APPAREL | 11 USC § 522(d)(3) | 400.00 | 400.00 |
| JEWELRY | 11 USC § 522(d)(4) | 600.00 | 600.00 |
| GLOCK 45 | 11 USC § 522(d)(3) | 600.00 | 600.00 |
| INSURANCE | 11 USC § 522(d)(7) | 2,522.45 | 2,522.45 |
| RENT | 11 USC § 522(d)(5) | 11,962.50 | 60,000.00 |
| 1/4 OF 50% OF 16 ACRES LOT AND CEMENT HOUSE LOCATED AT CARR. 130 KM 7.6 INT. SECTOR LOS TALAVERA BO. NARANJITO, HATILLO PR. CONSISTS OF 3 BEDROOMS, LIVINGROOM, DININGROOM, KITCHEN, BATHROOM, BALCONY AND GARAGE. MARKET VALUE $115,000.00 | 11 USC § 522(d)(5) | 11,962.50 | 14,375.00 |
| DOGS | 11 USC § 522(d)(3) | 2,000.00 | 2,000.00 |

* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE JIMENEZ PLUMEY, RAMON ROSALI & TALAVERA MORA, MARIA MAGDALENA        Case No. 10-01257 SEK
                                    Debtor(s)                                          (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 6, 2011**          Signature: _____
                                          RAMON ROSALI JIMENEZ PLUMEY                                  Debtor

Date: **June 6, 2011**          Signature: _____
                                          MARIA MAGDALENA TALAVERA MORA                    (Joint Debtor, if any)
                                                                [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

10-01257-SEK7 RAMON R JIMENEZ PLUMEY and MARIA M TALAVERA MORA
Case type: bk Chapter: 7 Asset: Yes Vol: v Bankruptcy Judge: SARA E. DE JESUS KELLOGG
Date filed: 02/23/2010 Date of last filing: 05/25/2011

## Creditors

| | |
|---|---|
| **AMERICAN EXPRESS**<br>PO BOX 1270<br>NEWARK NJ 07101-1270 | (2927218)<br>(cr) |
| **American Express Bank FSB**<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (2974772)<br>(cr) |
| **American Express TRS Co Inc Latin American Division**<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (2980009)<br>(cr) |
| **AURORA LOAN SERVICE**<br>PO BOX 1706<br>SCOTTBLUFF NE 69363-1706 | (3218947)<br>(cr) |
| **B-Line, LLC**<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | (3153153)<br>(cr) |
| **BANCO BILBAO VIZCAYA - ARGENTARIA**<br>PO BOX 364745<br>SAN JUAN PR 00936 | (3010028)<br>(cr) |
| **BANCO DESARROLLO ECONOMICO PR**<br>PO BOX 2134<br>SAN JUAN PR 00922-2134 | (2927219)<br>(cr) |
| **BANCO POPULAR DE PR**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | (2927220)<br>(cr) |
| **BANCO POPULAR DE PUERTO RICO**<br>SPECIAL LOANS<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 | (3218933)<br>(cr) |
| **BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS**<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 | (3003623)<br>(cr) |
| **BANCO SANTANDER**<br>PO BOX 362589<br>SAN JUAN PR 00936-2589 | (2927221)<br>(cr) |
| **BANK OF AMERICA**<br>PO BOX 15019<br>WIMMINGTON DE 19850-5137 | (2927222)<br>(cr) |
| **BAXTER CREDIT UNION**<br>340 NORTH MILWAUKEE AVENUE<br>VERNOR HILLS ILLINOIS 60061 | (2927223)<br>(cr) |

**BBVA**
PO BOX 3671397
SAN JUAN PR 00936

(2927224)
(cr)

**BLINE LLC**
MS550
PO BOX 91121
SEATTLE WA 98111-9221

(3218948)
(cr)

**Centennial de PR**
PO Box 70245
San Juan PR 00936-8245

(3141121)
(cr)

**CENTENNIAL DE PUERTO RICO**
PO BOX 71514
SAN JUAN PR 00936-8614

(3226246)
(cr)

**CHASE**
PO BOX 94014
PALATINE IL 60094-4014

(2927225)
(cr)

**Chase Bank USA, N.A.**
PO Box 15145
Wilmington, DE 19850-5145

(2953015)
(cr)

**CITICARDS**
PO BOX 183056
COLUMBUS OH 43218-3056

(2927226)
(cr)

**CLARO**
PO BOX 70366
SAN JUAN PR 00936-8366

(3226247)
(cr)

**CRIM**
PO BOX 195387
SAN JUAN PR 00936-5387

(2927227)
(cr)

**DEPARTAMENTO DE HACIENDA**
PO BOX 9024140
OFICINA 424-B
SAN JUAN PR R00902-4140

(2927228)
(cr)

**DEPARTMENT OF TREASURY**
BANKRUPTCY SECTION SUITE 1504
235 AVE ARTERIAL HOSTOS
SAN JUAN PR 00918-1454

(3218936)
(cr)

**Department of Treasury**
Bankruptcy Section (Suite 1504)
235 Ave. Arterial Hostos
San Juan Puerto Rico 00918-1454

(3052234)
(cr)

**Discover Bank**
Dfs Services LLC
PO Box 3025
New Albany, Ohio 43054-3025

(2936364)
(cr)

**DISCOVER CARD**
PO BOX 16103
CAROL STREAM IL 60197-6103

(2927229)
(cr)

**ESSROC SAN JUAN**
MR JUAN MALDONADO
PO BOX 366698
SAN JUAN PR 00936

(3218949)
(cr)

**ESSROC San Juan**
c/o Mr. Juan Maldonado

(3009525)

| | | |
|---|---|---|
| P.O. Box 366698<br>San Juan, Puerto Rico 00936 | | (cr) |
| **FIA CARD SERVICES**<br>PO BOX 15019<br>WILMINGTON DE 19886-5019 | (2927230)<br>(cr) | |
| **FIA Card Services, NA/Bank of America**<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | (3215413)<br>(cr) | |
| **FIRSTBANK**<br>PO BOX 19327<br>SAN JUAN PR 00910-1427 | (2927231)<br>(cr) | |
| **FIRSTBANK PUERTO RICO**<br>ENRIQUE NASSAR RIZEK & ASSOCIATES<br>PO BOX 191017<br>SAN JUAN PR 00919-1017 | (2938103)<br>(cr) | |
| **FIRSTBANK PUERTO RICO**<br>CARDONA JIMENEZ LAW OFFICE, PSC<br>PO BOX. 9023593<br>SAN JUAN PR, 00902-3593 | (2942388)<br>(cr) | |
| **GE Consumer Finance**<br>For GE Money Bank<br>dba ROOMS TO GO/GEMB<br>PO Box 960061<br>Orlando FL 32896-0661 | (2985641)<br>(cr) | |
| **GE CONSUMER FINANCE FOR GE MONEY BANK**<br>DBA ROOMS TO GO<br>PO BOX 960061<br>SEFFNER FL 33584 | (3218950)<br>(cr) | |
| **GENERAL ELECTRIC CAPITAL CORP OF PR**<br>208 PONCE DE LEON AVE<br>POPULAR CENTER BLDG SUITE 1800<br>SAN JUAN PP 00918 | (3218951)<br>(cr) | |
| **General Electric Capital Corporation of PR, Inc.**<br>PO Box 9746<br>San Juan, PR 00908 | (2974476)<br>(cr) | |
| **Genesis Financial Services**<br>Vativ Recovery Solutions, LLC<br>As Agent For Genesis Financial Services<br>P.O. Box 19249<br>Sugar Land, TX 77496 | (2988653)<br>(cr) | |
| **GENESIS FINANCIAL SERVICES**<br>VATIV RECOVERY SOLUTIONS LLC<br>PO BOX 19249<br>SUGAR LAND TX 77496 | (3218952)<br>(cr) | |
| **HSBC Bank** Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | (3001110)<br>(cr) | |
| **HSBC RECEIVABLE ACQUISITIONS COMPANY I**<br>HSBC BANK USA NA<br>PO BOX 5213<br>CAROL STREAM IL 60197 | (2936439)<br>(cr) | |
| **HSBC RETAIL SERVICES** | | |

| | |
|---|---|
| PO BOX 60107<br>CITY OF INDUSTRY CA 91716-0107 | (2927232)<br>(cr) |
| **INTERNAL REVENUE SERVICE**<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (3218937)<br>(cr) |
| **INTERNAL REVENUE SERVICE**<br>CITY VIEW PLAZA 2<br>48 CARR 165 SUITE 2000<br>GUAYNABO PR 00968-8000 | (2927233)<br>(cr) |
| **LCDA JANICE M BERNAL MALDONADO**<br>304 PASEO DEL PRINCIPE<br>PONCE PR 00716-2852 | (2927234)<br>(cr) |
| **LCDO JOSE R. GONZALEZ IRIZARRY**<br>MCCONNELL VALDES LLC<br>PO BOX 364225<br>SAN JUAN PR 00936-4225 | (2927235)<br>(cr) |
| **LCDO JULIO M SANTIAGO**<br>PO BOX 2134<br>SAN JUAN PR 00922-2134 | (2927236)<br>(cr) |
| **LCDO SERGIO A RAMIREZ DE ARELLANO**<br>BANCO POPULAR CENTER SUITE 1133<br>AVE MUNOZ RIVERA 209<br>SAN JUAN PR 00918-1009 | (2927237)<br>(cr) |
| **OFFICE OF THE U.S. TRUSTEE**<br>OCHOA BUILDING<br>500 TANCA STREET, SUITE 301<br>SAN JUAN, PR 00901-1922 | (3207605)<br>(cr) |
| **OFFICE OF THE US TRUSTEE**<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN PR 00901-1922 | (3218935)<br>(cr) |
| **Palisades** Collections, LLC<br>Vativ Recovery Solutions LLC, dba SMC<br>As Agent For Palisades Collections, LLC<br>P.O. Box 40728<br>Houston, TX 77240-0728 | (3223117)<br>(cr) |
| **PRODUCTORA DE AGREGADOS INC**<br>PO BOX 1052<br>SABANA SECA PR 00952 | (2927238)<br>(cr) |
| **PUERTO RICO ELECTRIC POWER**<br>BANKRUPTCY CLAIMS OFFICE<br>PO BOX 364267<br>SAN JUAN PR 00936 | (3218953)<br>(cr) |
| **PUERTO RICO ELECTRIC POWER**<br>BANKRUPTCY CLAIMS OFFICE<br>PO BOX 364267<br>SAN JUAN PR 00936 | (2962327)<br>(cr) |
| **RAYMOND READY MIX, INC**<br>PO BOX 336<br>HATILLO PR 00659-0336 | (2927239)<br>(cr) |
| **ROOMS TO GO**<br>11540 HIGHWAY 92 EAST<br>SEFFNER FL 33584 | (2927240)<br>(cr) |

| | |
|---|---|
| **ROUNDUP FUNDING LLC**<br>MS 550<br>PO BOX 91121<br>SEATTLE WA 98111-9221 | (3218954)<br>(cr) |
| **Roundup Funding, LLC**<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | (3087875)<br>(cr) |
| **SEARS**<br>PO BOX 6283<br>SIOUX FALLS SD 57117-6283 | (2927241)<br>(cr) |
| **Sprit PSC**<br>PO Box 660075<br>Dallas TX 75266-0075 | (3141114)<br>(cr) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/06/2011 13:21:43 | | | |
| **PACER Login:** | fz0002 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 10-01257-SEK7 Creditor Type: All |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |